J. Walter Friberg, of Wichita Falls, for appellant.

A. A. Dawson, State's Atty., of Austin, for the State.

## R. L. RODDAM v. STATE.
### No. 13490.

Court of Criminal Appeals of Texas.
April 23, 1930.

A. A. Dawson, State's Atty., of Austin, for the State.

LATTIMORE, J.

Conviction for possessing intoxicating liquor for purposes of sale; punishment, two years in the penitentiary.

We find in the record an affidavit made by appellant in proper form requesting that the appeal herein be dismissed. The request is granted.

The appeal is dismissed at the request of appellant.

## Tom SHOOK v. STATE.
### No. 13549.

Court of Criminal Appeals of Texas.
April 30, 1930.

Heyser & Hicks, of Wichita Falls, for appellant.

A. A. Dawson, State's Atty., of Austin, for the State.

LATTIMORE, J.

Conviction for robbery; punishment, five years in the penitentiary.

The record is here without bills of exception or statement of facts. The indictment is regular, and is followed by the charge of the court, judgment, and sentence.

The judgment will be affirmed.

## John SIDES v. STATE.
### No. 13543.

Court of Criminal Appeals of Texas.
April 23, 1930.

Baker & Parish, of Ballinger, for appellant.

A. A. Dawson, State's Atty., of Austin, for the State.

HAWKINS, J.

Conviction is for possessing intoxicating liquor for the purpose of sale; punishment being one year in the penitentiary.

Appellant has filed his affidavit with this court advising that he desires to abandon his appeal, and it is therefore dismissed.

## Bob STANLEY v. STATE.
### No. 13526.

Court of Criminal Appeals of Texas.
May 7, 1930.

E. T. Miller, of Amarillo, for appellant.

A. A. Dawson, State's Atty., of Austin, for the State.

LATTIMORE, J.

Conviction for possessing intoxicating liquor for purposes of sale; punishment, two years in the penitentiary.

The record is here without statement of facts or bills of exception. The indictment correctly charges the offense, and is followed by the charge of the court, the judgment, and sentence.

No error appearing, the judgment is affirmed.